THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TAMISHA THOMAS-NEWBILL, Appellant. [979 NYS2d 823]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Braslow, J.), rendered July 26, 2012, convicting her of disorderly conduct, upon her plea of guilty, and imposing sentence. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]), in which he moves for leave to withdraw as counsel for the appellant.

Ordered that the judgment is affirmed.

We are satisfied with the sufficiency of the brief filed by the defendant's assigned counsel pursuant to *Anders v California* (386 US 738 [1967]). Counsel has informed this Court that the defendant has not authorized counsel to raise any issues related

to the plea. Upon an independent review of the record, we conclude that there are no remaining nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted (*see Anders v California*, 386 US 738 [1967]; *People v Cardwell*, 98 AD3d 986 [2012]; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252 [2011]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Skelos, J.P., Lott, Roman and Miller, JJ., concur.